

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In Re: Karen Nicole Crumbley

No. 06-13-00026-CV

Original Mandamus Proceeding

Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

As stated in the Court's opinion of this date, we find that Relator's petition for writ of mandamus should be conditionally granted. The 76th Judicial District Court of Titus County, Texas, is ordered to withdraw or vacate its February 6, 2013, order in the suit affecting parent-child relationship. The writ will issue only if the trial court fails to comply within twenty days of the date of this opinion.

RENDERED JUNE 12, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk